Jason J Henderson
Mackoff Kellogg Law Firm
38 2nd Ave E
Dickinson, ND 58601
Telephone: 701-227-1841
Facsimile:  701-225-6878
jhenderson@mackoff.com
MT Bar No. 11414
Attorney for Federal National Mortgage Association (Fannie Mae)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In Re | ) | Case No. 17-60797 |
| | ) | |
| JEFFRY TODD VOSBERG | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## OBJECTION TO CONFIRMATION OF PLAN

Federal National Mortgage Association (Fannie Mae) hereby objects to the Chapter 13 Plan dated August 31, 2017 as the Plan provides for a pre-petition arrearage in the amount of $0.00 when the estimated pre-petition arrearages due to Federal National Mortgage Association (Fannie Mae) are $12,849.51.  The Proof of Claim is in process and will be filed as soon as possible.

WHEREFORE, Federal National Mortgage Association (Fannie Mae), Creditor in the referenced bankruptcy, hereby requests that the Chapter 13 Plan dated August 31, 2017 not be confirmed unless modified by the Debtor.

Dated September 11, 2017.

MACKOFF KELLOGG LAW FIRM
38 2nd Ave E
Dickinson, ND 58601

_____

Jason J Henderson
Attorney for Federal National Mortgage
Association (Fannie Mae)

## CERTIFICATE OF MAILING

I, the undersigned, Jason J Henderson do hereby certify, under penalty of perjury

that a copy of the within and foregoing OBJECTION TO CONFIRMATION OF PLAN

was sent by first class mail postage prepaid on September 11, 2017, Dickinson, North

Dakota, and directed to the following:

THE UNITED STATES TRUSTEE
ECF EMAIL

MONTANA DEPARTMENT OF REVENUE
OFFICE OF LEGAL AFFAIRS
MITCHELL BUILDING
HELENA, MT 59620

D RANDY WINNER
BANKRUPTCY ATTORNEY
ECF EMAIL

ROBERT G. DRUMMOND
BANKRUPTCY TRUSTEE
ECF EMAIL

JEFFRY TODD VOSBERG
1905 CENTENNIAL DRIVE
GREAT FALLS , MT 59404

Jason J Henderson
Attorney for Federal National Mortgage
Association (Fannie Mae)