Benjamin J. Mann, Bar Number 33833674
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for U.S. Bank National Association
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:  801-355-2886
Fax:  801-328-9714
Email: ben@hwmlawfirm.com
File No:  46441

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| In re: | Bankruptcy Case No. 17-60797 BPH |
|---|---|
| JEFFRY TODD VOSBERG dba JT MASONRY INC.<br><br>Debtor. | Chapter 13<br><br>**OBJECTION TO PLAN AND MAILING CERTIFICATE**<br><br>[Filed Electronically] |

U.S. Bank National Association, (referred to herein as "Secured Creditor") holds a valid Note and Trust Deed lien against Debtor's residence and objects to the Chapter 13 Plan of Debtor as follows:

1. Although the Debtor treats Secured Creditor in his Plan the treatment amount is insufficient to cover the pre-petition arrearage amount of $89,026.52.

2. The plan should provide that Secured Creditor's trust deed lien and other loan terms remain in effect and are not modified except as expressly provided in the plan.

DATED this 29th day of September, 2017.

    /s/ Benjamin J. Mann
Benjamin J. Mann
Attorney for U.S. Bank National Association

**MAILING CERTIFICATE**

The undersigned hereby certifies that true and correct copies of the foregoing Objection to Plan and Mailing Certificate were mailed by first class mail, postage prepaid, this 29th day of September, 2017, to each of the following:

| | |
|---|---|
| Jeffry Todd Vosberg<br>1905 Centennial Drive<br>Great Falls, MT 59404<br>Debtor | D Randy Winner<br>Via ECF<br>Debtor's Attorney |
| United States Trustee<br>Via ECF | Robert G. Drummond<br>Via ECF<br>Chapter 13 Trustee |

    /s/ Benjamin J. Mann